**Order entered June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00654-CV

### JEFFREY ERDNER, D.O., ET AL., Appellants

### V.

### HIGHLAND PARK EMERGENCY CENTER, LLC, Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01059**

## ORDER

Before the Court is appellants' June 27, 2018 unopposed motion for an extension of time

to file a brief. We **GRANT** the motion and extend the time to **August 1, 2018**.


      /s/    ADA BROWN
               JUSTICE